IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01190-MSK-BNB

PAROS PROPERTIES LLC,

Plaintiff,

v.

COLORADO CASUALTY INSURANCE COMPANY,

Defendant.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion for Leave to File First Amended Complaint and Jury Demand and Join an Additional defendant, Ohio Security Insurance Company** [docket no. 30, filed September 22, 2014] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the First Amended Complaint and Jury Demand for filing.

DATED:  September 24, 2014