# Hillen Corporation
7600 Dahlia Street
Commerce City, CO 80022
303-287-2664

Day: WED  Date: 10-23-13

Location: 100 Arapahoe

Contractor:

| Employees | D- 3 | Employees | D- |
|---|---|---|---|
| ✓ Bruce | 8 | 1.5 @ 45 | 67⁵⁰ |
| ✓ James | 8 | 4.5 @ 35 | 157⁵⁰ |
| ✓ Aurillio | 10 | @ 35 | 350 |
| | | | |

| Equipment | Hours | Equipment | Hours |
|---|---|---|---|
| ✓ Komatsu 300 | 6½ | @ 150 | 975 |
| ✓ Linkbelt | 3½ | | 525 |

| Trucking | Hours | Trash | Concrete | Steel | ROCK TO YARD |
|---|---|---|---|---|---|
| Stevie #285 | 3½ | LINKBELT TO JOB | | | |
| Josh #07 | 9 | | | | 3 |
| Abel #00 | 9.5 | 2 | | | 1 |
| Sergio #02 | 10 | 1 | | | 2 |
| | 3208⁵ | 3 @ 180 = 540 × 1.1 | | | 594 |
| | 2720 | | | | 2720 |

**Work Performed Today:**

Demo Bldg + Hauled Trash  — 5620

6½ hrs Komatsu - Digging out Ditch + Layering rock Along It  — 5389

Hauled 5 loads rock for Salvage  — 231

Sub Tier: (Ex: Diamond)

EXHIBIT
EXHIBIT H - WORK PERFORMED TODAY