IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | |
|---|---|---|
| Civil Action: | 14-cv-01190-MSK-NYW | Date: June 29, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: NYW COURTROOM C-204 |

| *Parties* | *Counsel* |
|---|---|
| PAROS PROPERTIES, LLC, | *George Vernon Berg, Jr.* |
|  | *Kathleen Teresa Alt* |
| **Plaintiff,** | |
| v. | |
| COLORADO CASUALTY INSURANCE COMPANY, | *Brian John Spano* |
|  | *Lyndsay K. Arundel* |
| OHIO SECURITY INSURANCE COMPANY, | |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session: 1:28 p.m.

Appearance of counsel.

Discussion and argument held on Defendants' Motion to Strike Plaintiff's Belated Second Supplemental Expert Disclosure of Edward Fronapfel [77] filed on June 3, 2015.

**ORDERED:** Defendants' Motion to Strike Plaintiff's Belated Second Supplemental Expert Disclosure of Edward Fronapfel [77] is SUBMITTED and TAKEN UNDER ADVISEMENT.

Discussion and argument held on Defendants' Motion for Spoliation of Evidence [65] filed on May 6, 2015.

**ORDERED:** Defendants' Motion for Spoliation of Evidence [65] is SUBMITTED and TAKEN UNDER ADVISEMENT.

Discussion and argument held on Plaintiff's Motion to Compel Discovery and Motion for Sanctions Against Defendants [53] filed on April 10, 2015.

**ORDERED:  Plaintiff's Motion to Compel Discovery and Motion for Sanctions Against Defendants [53] is SUBMITTED and TAKEN UNDER ADVISEMENT.**

Court in Recess: 2:41 p.m.          Hearing concluded.          Total time in Court:   01:13

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.