**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  14-cv-01190-MSK-NYW

PAROS PROPERTIES LLC,

    Plaintiff,

v.

COLORADO CASUALTY INSURANCE COMPANY, and
OHIO SECURITY INSURANCE COMPANY,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a)(1), the following Final Judgment is hereby entered.

    Pursuant to the Opinion And Order Granting Defendants' Motion For Summary Judgment by Chief Judge Marcia S. Krieger (Doc. #91) filed on September 2, 2015, granting the Defendants' Motion for Summary Judgment (Doc. #47) , it is

    ORDERED that:

    Judgment is entered in favor of defendants and against the plaintiff.

    ORDERED that costs are awarded to the defendants and against the plaintiff upon the filing of a bill of costs within 14 days of entry of judgment, in accordance with the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    The case is closed.

    Dated this 2nd day of September, 2015.

ENTERED FOR THE COURT:
JEFFREY P. COLWELL, CLERK

 s/Deborah Hansen
    Deputy Clerk